IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:03-193 |
| | ) | |
| v. | ) | |
| | ) | |
| SENDJER SHEFKET | ) | MOTION TO DISMISS |

COMES NOW the United States of America, by and through its counsel and respectfully moves the Court to dismiss the Complaint and Warrant in the above-entitled case without prejudice.

        REGINALD I. LLOYD
        United States Attorney


By: s/ David C. Stephens
     DAVID C. STEPHENS
     Assistant United States Attorney
     Federal I.D. No. 3807
     Post Office Box 10067
     Greenville, South Carolina 29603