IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:03-193 |
| | ) | |
| v. | ) | |
| | ) | |
| SENDJER SHEFKET | ) | <u>ORDER</u> |

The Government's Motion to Dismiss the Complaint and Warrant in this case is granted, and it is hereby ordered and decreed that Complaint and Warrant Number 8:03-193 against SENDJER SHEFKET be and the same is hereby dismissed without prejudice.

S/WILLIAM M. CATOE
UNITED STATES MAGISTRATE JUDGE

March 30, 2007

Greenville, South Carolina